**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Guadalupe Guzman Morales, Petitioner.

Appellate Case No. 2020-000498

———————

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

———————

Appeal from Lancaster County
The Honorable Roger E. Henderson, Circuit Court Judge

———————

Memorandum Opinion No. 2020-MO-009
Submitted August 26, 2020 – Filed September 23, 2020

———————

**REVERSED AND REMANDED**

———————

Assistant Appellate Defender Kathrine H. Hudgins, of Columbia, for Petitioner.

Attorney General Alan Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., of Columbia, for Respondent.

———————

**PER CURIAM:** Petitioner has filed a petition for a writ of certiorari seeking review of the court of appeals' decision in *State v. Morales*, Op. No. 2020-UP-001 (S.C. Ct. App. filed Jan. 8, 2020). We grant the petition for a writ of certiorari, dispense with further briefing, reverse the decision of the court of appeals, and remand the case to the court of appeals for reconsideration of the substantive and procedural issues in light of this Court's decision in *State v. Perry*, 430 S.C. 24, 824 S.E.2d 654 (2020).

**REVERSED AND REMANDED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**